# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0046
_____

VICKI FEELY,

Appellant,

v.

PUBLIX SUPER MARKETS, INC.,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Hon. Monica J. Brasington, Judge.


December 29, 2023

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Diane G. DeWolf and Nancy M. Wallace of Akerman LLP, Tallahassee; Kelsey Lynn Alvarez of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Jacksonville, for Appellee.